1

2

3

4

5                                 UNITED STATES DISTRICT COURT

6                                 NORTHERN DISTRICT OF CALIFORNIA

7

8    DIEGO GONZALEZ,                                    No. C-12-4557 EMC (pr)

9                 Petitioner,

10          v.                                           **ORDER TO STAY PROCEEDINGS AND
                                                        ADMINISTRATIVELY CLOSE THE
11   WILLIAM KNIPP, Warden,                             CASE**

12                Respondent.
     _____/
13

14          Petitioner has filed a motion to hold his federal habeas petition in abeyance so that he can

15   return to the California state courts to present one or more unexhausted claims.

16          There are two kinds of stay and abeyance proceedings available in a habeas action:  the

17   *Rhines* stay and the *King/Kelly* stay.  A stay under *Rhines v. Weber*, 544 U.S. 269 (2005), "is only

18   appropriate when the district court determines there was good cause for the petitioner's failure to

19   exhaust his claims first in state court," the claims are not meritless, and there are no intentionally

20   dilatory litigation tactics by the petitioner.  *Id.* at 277-78.  Petitioner has not satisfied the criteria for

21   a *Rhines* stay because he has not explained why he did not exhaust the claims before filing his

22   federal petition and he has not shown that the unidentified claims he wants to present to the state

23   courts are not meritless.

24          The *King/Kelly* stay provides an alternative method to deal with a petitioner who has some

25   unexhausted claims he wants to present in his federal habeas action.  Under the procedure outlined

26   in *Kelly v. Small*, 315 F.3d 1063 (9th Cir. 2003), *overruled on other grounds by Robbins v. Carey*,

27   481 F.3d 1143 (9th Cir. 2007), "(1) a petitioner amends his petition to delete any unexhausted

28   claims; (2) the court stays and holds in abeyance the amended, fully exhausted petition, allowing the

United States District Court

For the Northern District of California

**United States District Court**
For the Northern District of California

1  petitioner the opportunity to proceed to state court to exhaust the deleted claims; and (3) the

2  petitioner later amends his petition and re-attaches the newly-exhausted claims to the original

3  petition." *King v. Ryan*, 564 F.3d 1133, 1134 (9th Cir. 2009) (citing *Kelly*, 315 F.3d at 1070-71).  A

4  petitioner seeking to avail himself of the *King/Kelly* three-step procedure is not required to show

5  good cause as under *Rhines*. *See id.* at 1141.  Here, Petitioner satisfies the only currently applicable

6  requirement for a *King/Kelly* stay, *i.e.*, that his petition has no unexhausted claims.  The claims in

7  the petition appear to have been exhausted, as both were discussed in the California Court of

8  Appeal's opinion affirming Petitioner's conviction.  The *King/Kelly* stay does not appear to require

9  this Court to decide whether the claims relate back at the time it considers whether to grant a stay.

10  Whether the claims relate back to the petition can be decided when he returns after exhausting state

11  court remedies and moves to amend his petition to add those newly-exhausted claims.  The Court

12  will grant a *King/Kelly* stay so that Petitioner may exhaust state court remedies for all the claims he

13  wishes to present to this Court.

14        For the foregoing reasons, Petitioner's motion to hold his petition in abeyance is

15  **GRANTED**.  (Docket # 7.)  This action is now **STAYED** and the Clerk shall

16  **ADMINISTRATIVELY CLOSE** the action.  Nothing further will take place in this action until

17  Petitioner exhausts state court remedies for any unexhausted claims and then moves to reopen this

18  action, lift the stay and amend his petition to add any new claims.  Petitioner must act diligently to

19  get his state court petition filed and promptly return to this Court – *i.e.*, within thirty days after his

20  state court proceedings have concluded.  *See Kelly*, 315 F.3d at 1070.

21        In light of the stay, the briefing schedule set in the Order To Show Cause is vacated and

22  Respondent's motion for an extension of the deadline to respond to the petition is dismissed as moot.

23  (Docket # 8.)

24        IT IS SO ORDERED.

25  Dated:  January 3, 2013

26

27                                  _____
                                   EDWARD M. CHEN
                                   United States District Judge

28

2