UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIEGO GONZALEZ,

        Petitioner,

   v.

WILLIAM KNIPP, Warden,

        Respondent.
_____/

No. C-12-4557 EMC (pr)

**ORDER SETTING BRIEFING SCHEDULE**

      Petitioner has filed a motion to reopen this action, lift the stay, and amend his petition to add new claims. (Docket # 10.) The Court now sets the following briefing schedule on that motion. On or before **February 7, 2014**, Respondent must file and serve on Petitioner any opposition to the motion. On or before **February 28, 2014**, Petitioner must file and serve on Respondent's counsel any reply brief in support of the motion.

      IT IS SO ORDERED.

Dated: January 21, 2014

                                            _____
                                            EDWARD M. CHEN
                                            United States District Judge

United States District Court
For the Northern District of California