United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO GONZALEZ, | No. C-12-4557 EMC (pr) |
| Petitioner, | |
| v. | **ORDER DENYING COUNSEL AND EXTENDING TRAVERSE DEADLINE** |
| WILLIAM KNIPP, Warden, | |
| Respondent. | |

Petitioner has requested appointment of counsel to represent him in this action. A district court may appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require" and such person is financially unable to obtain representation. 18 U.S.C. § 3006A(a)(2)(B). The decision to appoint counsel is within the discretion of the district court. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986). Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations. *See id.* The interests of justice do not require appointment of counsel in this action; the two claims remain for adjudication were briefed in the state court appeal by appellate counsel. The request for appointment of counsel is DENIED. Docket # 29.

///
///
///
///
///
///

Petitioner's request for an extension of the deadline to file his traverse is GRANTED. Docket # 28. Petitioner must file and serve his traverse on or before **November 7, 2014**.

IT IS SO ORDERED.

Dated: October 6, 2014

_____
EDWARD M. CHEN
United States District Judge